**Dismiss and Opinion Filed June 21, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00277-CV

**JOEL HOLINER, M.D., JOEL A. HOLINER, M.D., P.A. D/B/A HOLINER PSYCHIATRIC GROUP AND ARTHUR CHAVASON, M.D., Appellants**

**V.**

**LAURA VETTOR, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10520**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

Stating all controversies between them were successfully resolved in mediation, the parties have filed a joint motion to dismiss the appeal and petition for permissive cross-appeal. We grant the motion and dismiss the appeal and petition for permissive cross-appeal. *See* TEX. R. APP. P. 42.1(a).

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

210277f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOEL HOLINER, M.D., JOEL A. HOLINER, M.D., P.A. D/B/A HOLINER PSYCHIATRIC GROUP AND ARTHUR CHAVASON, M.D., Appellants

No. 05-21-00277-CV V.

LAURA VETTOR, Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-10520. Opinion delivered by Justice Pedersen, III, Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal and petition for permissive cross-appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 21st day of June 2021.